### FITCH, SHERIFF, V. BADGER.

A prisoner released by act of assembly, no escape to subject the sheriff.

ACTION on bond. Conditioned that one Samuel Cobb, who was imprisoned on an execution in favor of Perkins, etc. should abide a true and faithful prisoner; alleging that he had made his escape, etc.

Plea in bar — That said Cobb, preferred his petition to the general assembly, praying for an act of insolvency to be passed in his favor, and that in the meantime he should be liberated from his imprisonment on said execution; Cobb cited his creditors and amongst the rest said Perkins, etc. which petition, the assembly continued, and appointed a committee upon it, and passed a resolve, that said Cobb be liberated from his imprisonment, on said execution, in the meantime; upon which he went out of prison; that his petition was finally negatived, and said Cobb went off, and never after returned; alleging,

that this is the same escaping complained of in the plaintiff's declaration.

The plaintiff replied that said Badger is amply indemnified by said Cobb, against said bond.

The defendant demurred — And judgment that the reply of the plaintiff is insufficient, for Cobb was set at liberty by the resolve.of assembly, and the defendant could not help it.